COHEN v. LEWSEN et al.

(Supreme Court, Appellate Term. January 23, 1905.)

1. MUNICIPAL COURTS—JURISDICTIONAL AMOUNT.
　　Under the express provision of Laws 1902, p. 1487, c. 580, § 1, subd. 1, the Municipal Court of New York City has no jurisdiction of an action on a contract wherein plaintiff's claim exceeds $500.

Appeal from Municipal Court, Borough of Manhattan, Thirteenth District.

Action by Abraham B. Cohen against Rodolph M. Lewsen and another. From a judgment for plaintiff for the sum of $532 and costs, defendants appeal. Reversed.

Argued before SCOTT, MacLEAN, and DAVIS, JJ.

McBurney & McBurney, for appellants.

Shafer & Levin, for respondent.

PER CURIAM. The pleadings in this case were oral, and the amount claimed by the plaintiff in his bill of particulars, and the sum for which he had judgment, exceeded the limit fixed by section 1, subd. 1, of the Municipal Court Act (Laws 1902, p. 1487, c. 580), and the court below therefore had no jurisidction of the subject-matter of the action.

Judgment reversed, with costs.